1100

No. 94–8549. FREEMAN v. PARKS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8571. BAILEY v. COYLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8577. HUBBARD v. LOWE. C. A. 10th Cir. Certiorari denied.

No. 94–8600. FERGUSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8605. MOREJON v. UNITED STATES;
No. 94–8615. ROBAINA-GONZALEZ v. UNITED STATES; and
No. 94–8616. ZALDIVAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8656. MASON ET AL. v. UNITED STATES; and MASON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8658. HARRIS v. GETTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8661. HOOKS v. UNITED STATES; and
No. 94–8731. WATTERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8662. HARRIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8680. MCCARTHY v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 94–8681. MCCARTHY v. RENO, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8682. WALKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8684. WALDRON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8710. GIL v. UNITED STATES; and